ELSIE M. FOLWELL, respondent,

*v.*

THOMAS G. FOLWELL, appellant.

[Argued March 16th, 1904. Decided September 30th, 1904.]

On appeal from a decree advised by Vice-Chancellor Reed, whose opinion is reported in *65 N. J. Eq. (20 Dick.) 526.*

*Mr. John F. Harned,* for the appellant.

*Mr. Norman Grey,* for the respondent.

PER CURIAM.

The decree of the court of chancery is affirmed, for the reasons given in the opinion of Vice-Chancellor Reed.

*For affirmance*—DIXON, GARRISON, FORT, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—10.

*For reversal*—None.